**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING   )**<br>**FOAMS (AFF) PRODUCTS              )**<br>**LIABILITY LITIGATION                  )** | **MDL Docket No.:  2873** |

_____

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

The appearance of Theodore D. Sklar, Devitt Spellman Barrett, LLP, as counsel for defendant, TOWN OF EAST HAMPTON, in the above-captioned matter is hereby withdrawn.

Dated: Smithtown, New York
       October 23, 2018

                                        Respectfully submitted,

                                        By:_____/S/_____
                                                Theodore D. Sklar
                                        DEVITT SPELLMAN BARRETT, LLP
                                        50 Route 111
                                        Smithtown, New York 11787
                                        (631) 724-8833
                                        t.sklar@devittspellmanlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2018 I electronically filed the foregoing Withdrawal of Appearance with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served this document upon all counsel of record who are registered with the Court's CM/ECF system.

Dated:  Smithtown, New York
         October 23, 2018

                                            By:_____/S/_____
                                               Theodore D. Sklar, Esq.
                                        DEVITT SPELLMAN BARRETT, LLP